The People of the State of New York ex rel. Franklin P. Noble, Relator, v. John F. Remsen and Others, Constituting the Board of Water Commissioners of the Roslyn Water District, etc., Respondents.— Motions in so far

as they seek a reargument denied.   Motions in so far as they seek leave to appeal to the Court of Appeals denied.   Motions to resettle granted, and orders amended so that it shall appear that the decisions were as a matter of law, and not as a matter of discretion.   Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.   Order to be settled on notice before Mr. Justice Rich.